981 F.2d 1247
 Jones (R.C.), Birkmire (John J.), Blasch (J.R.), Bollenbach
(H.J.), Campbell (S.E.), Cartacki (A.), Spearman-Coleman
(L.), Didonato (J.P.), Dougherty (J.E.), Durnin (C.J.),
Eldridge (F.M.), Gooch (G.F.), Good (G.F.), Herrmann (R.),
Kiely (E.F.), Lamelza (M. M.), McKay (P.D.), Morrison
(R.J.), Muschert (R.R.), Rupple (F.G.), Sessoms (A.),
Slemmer (D.D.), Stickler (L.L.), Taylor (R.L.), Vasas
(J.E.), White (D.T.), Wojcik (F.T.)
v.
AT&T Company, AT&T Employees' Benefit
 NO. 92-1311
 United States Court of Appeals,
Third Circuit.
 Nov 30, 1992
 
 Appeal From: E.D.Pa.,
 Van Antwerpen, J., 798
 
 F.Supp. 1137
 
 1
 AFFIRMED.